**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VICTOZA (LIRAGLUTIDE) ANTITRUST LITIGATION | 26-cv-0420 (BMC) |
| | 26-cv-1300 (BMC) |
| This Document Relates To: | 26-cv-2458 (BMC) |
| ALL ACTIONS | |

**ORDER REGARDING END-PAYOR INTERIM CLASS COUNSEL**

End-Payor Plaintiffs Uniformed Fire Officers Association Retired Officers Family Protection Plan and Teamsters Local 237 Retiree Fund have filed a motion under Fed. R. Civ. P. 23(g) seeking appointment of interim class counsel.

**AND NOW**, this 4th day of May, 2026, it is hereby **ORDERED** as follows:

1. Unless and until a further Order of this Court determines otherwise, this Order applies to this and any end-payor action subsequently filed in or transferred to this Court involving claims that defendants engaged in an unlawful scheme to delay generic competition to their Victoza market monopoly in violation of the antitrust laws.

2. Pursuant to Fed. R. Civ. P. 23(g), the Court designates the following firms to act as interim co-lead counsel on behalf of the proposed class of End-Payor Plaintiffs in this case ("End-Payor Interim Co-Lead Counsel"), with the responsibilities hereinafter described:

Brian D. Brooks
Greg Linkh
Lee Albert
**GLANCY PRONGAY WOLKE & ROTTER LLP**
230 Park Avenue, Suite 358
New York, NY 10169
glinkh@glancylaw.com
bbrooks@glancylaw.com
lalbert@glancylaw.com

Justin N. Boley
Tyler J. Story
Margaret L. Shadid
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
jnb@wbe-llp.com
tjs@wbe-llp.com
ms@wbe-llp.com

3.     End-Payor Interim Co-Lead Counsel, working together in coordinated fashion, shall have sole authority over the following matters on behalf of End-Payor Plaintiffs and the proposed End-Payor Class in this case: (a) communications with the Court; (b) communication with defense counsel; (c) convening meetings of End-Payor Plaintiffs' counsel; (d) initiation, response, scheduling, briefing, and argument of all motions; (e) the scope, order, and conduct of all discovery proceedings; (f) making such work assignments among themselves and other counsel as they may deem appropriate; (g) collecting time and expense reports from all End-Payor Plaintiffs' counsel on a periodic basis; (h) the retention of experts; (i) designation of which attorneys shall appear at hearings and conferences with the Court; (j) the timing and substance of any settlement negotiations with defendants; (k) all financial expenditures; (l) the allocation of fees, if any are awarded by the Court; and (m) other matters concerning the prosecution of the case.

4.     The Court further designates the following firms to serve on an executive committee on behalf of the proposed class of End-Payor Plaintiffs in this case (the "End-Payor Executive Committee"), with the responsibilities hereinafter described:

Joey P. Leniski, Jr.
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL LLP**
1920 Adelicia Street, Suite 300

Todd Seaver
Carl N. Hammarskjold
**BERMAN TABACCO**
425 California Street, Suite 2300

2

Nashville, TN 37212
Tel: (615) 800-6225
joey@hsglawgroup.com

San Francisco, CA 94104
Tel: (415) 433-3200
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com

5.      The End-Payor Executive Committee shall have the following responsibilities at the direction of Interim Co-Lead Counsel: (a) assist in the conduct of the litigation; (b) create and/or serve on subcommittees for the End-Payor Plaintiffs' common benefit; and (c) perform such other duties as End-Payor Interim Co-Lead Counsel deems necessary and appropriate in the prosecution of this litigation.

6.      All counsel for End-Payor Plaintiffs and the proposed End-Payor Class shall keep contemporaneous time records and shall periodically submit summaries or other records and expenses to End-Payor Interim Co-Lead Counsel.

**SO ORDERED**.

_Brian M. Cogan_
U.S.D.J.

3